UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARRY R. DRAGGOO,<br><br>                    Petitioner,<br><br>    v.<br><br>RONALD FRAKER,<br><br>                    Respondent. | NO. C13-5054 RBL/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. ECF No. 8. Respondent's Answer is currently due on April 15, 2013. Respondent requests an extension of time until May 15, 2013 to allow counsel sufficient time to review and prepare the relevant state court record. *Id.* The Court finds that the request is reasonable.

Accordingly, it is **ORDERED:**

1) Respondent's motion for an extension of time (ECF No. 8) is **GRANTED.** Respondent shall file his Answer **on or before May 15, 2013.** The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

2)     The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this  22nd  day of April, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge